# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4781
_____

WILLIAM CHAD WEAVER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Clay County.
John H. Skinner, Judge.

February 6, 2018

PER CURIAM.

AFFIRMED.

WETHERELL, ROWE, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

William Chad Weaver, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.